IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

EASTMAN KODAK COMPANY,

                                        Plaintiff,            Case No. 05-CV-6426T(F)

        v.                                                    **ORDER**

CHEM DESIGN CORPORATION,

                                        Defendant.

_____


        IT IS HEREBY ORDERED that this Court's Order Referring Case to Alternative Dispute

Resolution So Ordered on December 22, 2005, setting forth a February 23, 2006 mediation deadline

be extended to April 30, 2006.

        SO ORDERED.


                                            __S/ MICHAEL A. TELESCA__
                                            Michael A. Telesca
                                            United States District Judge

Dated:  March 6 , 2006
          Rochester, New York